UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SOCKI, GLENN JOSEPH | § | Case No. 08-02327 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 02/01/2008 . The undersigned trustee was appointed on 02/01/2008 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $        10,525.63

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 1,211.22 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 9,314.41 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) (Page: 1)

6. The deadline for filing claims in this case was 12/18/2008 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,802.59 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ ~~573.72~~ [1,802.56] , for a total compensation of $ ~~573.72~~ [1,802.56] . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 04/28/2010                    By:/s/ANDREW J. MAXWELL, TRUSTEE
                                        Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No: 08-02327    JBS    Judge: JACK B. SCHMETTERER
Case Name: SOCKI, GLENN JOSEPH

For Period Ending: 04/28/10

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Date Filed (f) or Converted (c): 02/01/08 (f)
341(a) Meeting Date: 03/03/08
Claims Bar Date: 12/18/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONDO 1125 SOUTH AUSTIN AVE, UNIT B, CHICAGO, IL | 171,950.00 | 0.00 | OA | 0.00 | 0.00 |
| 2. BANK ACCT BANK OF AMERICA - CHECKING & SAVINGS | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. MISC HOUSEHOLD FURNISHINGS | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. MISC BOOKS AND ARTWORK | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. CLOTHES | 450.00 | 0.00 | | 0.00 | 0.00 |
| 6. TAX REFUND - 2008 | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 7. 2002 VOLVO | 4,000.00 | 0.00 | | 4,500.00 | 0.00 |
| 8. COMPUTER EQUIPMENT | 200.00 | 0.00 | | 0.00 | 0.00 |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.63 | Unknown |
| 10. ADV SETT (u) 09-191 against Socki | 0.00 | 6,024.00 | | 6,024.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $186,600.00 | $6,024.00 | | $10,525.63 | $0.00 |
| | | | | Gross Value of Remaining Assets | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-Final Report filed 4/29/10 w/ USTR office
-settlement made, time payments through 3/2010
Automobile sold

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 06/30/10

LFORM1    UST Form 101-7-TFR (9/1/2009) (Page: 3)    Ver: 15.08

Page: 1
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-02327 -JBS
Case Name: SOCKI, GLENN JOSEPH
Taxpayer ID No: *******5349
For Period Ending: 04/28/10

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Bank Name: Bank of America, N.A.
Account Number / CD #: 4429208395 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/15/09 | 7 | CHICAGO LIQUIDATOR SERVICES, INC. 1830 NORTH BESLY COURT CHICAGO, IL 60622 | SALE OF AUTOMOBILE | 1121-000 | 4,500.00 | | 4,500.00 |
| 01/26/09 | 000101 | CHICAGO LIQUIDATOR SERVICES, INC | AUCTION FEE | 3991-000 | | 1,200.00 | 3,300.00 |
| 01/30/09 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 3,300.01 |
| 02/09/09 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS BOND # 016026455 | 2300-000 | | 3.07 | 3,296.94 |
| 02/27/09 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,296.97 |
| 03/31/09 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,297.00 |
| 04/30/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,297.07 |
| 05/29/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,297.15 |
| 06/30/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,297.24 |
| 07/31/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,297.32 |
| 08/31/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,297.40 |
| 09/16/09 | 10 | GLENN SOCKI 1125 S. AUSTIN BLVD. CHICAGO, IL 60644-5318 | ADV SETT | 1149-000 | 1,004.00 | | 4,301.40 |
| 09/30/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 4,301.49 |
| 10/16/09 | 10 | GLENN SOCKI | ADV SETT | 1149-000 | 1,004.00 | | 5,305.49 |
| 10/30/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,305.61 |
| 11/17/09 | 10 | GLENN SOCKI | ADV SETTLEMENT | 1149-000 | 1,004.00 | | 6,309.61 |
| 11/30/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,309.76 |
| 12/21/09 | 10 | GLENN SOCKI | ADV SETTLEMENT | 1149-000 | 1,004.00 | | 7,313.76 |
| 12/31/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 7,313.93 |
| 01/18/10 | 10 | GLENN SOCKI | ADV SETTLEMENT | 1149-000 | 1,004.00 | | 8,317.93 |
| 01/29/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 8,318.12 |

Page Subtotals 9,521.19 1,203.07

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 08-02327 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | SOCKI, GLENN JOSEPH | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208395 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5349 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 04/28/10 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/15/10 | 000103 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PREMIUM BOND# 016026455 | 2300-000 | | 8.15 | 8,309.97 |
| 02/19/10 | 10 | GLENN SOCKI | ADV SETTLEMENT | 1149-000 | 1,004.00 | | 9,313.97 |
| 02/26/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 9,314.17 |
| 03/31/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,314.41 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 10,525.63 | 1,211.22 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 10,525.63 | 1,211.22 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 10,525.63 | 1,211.22 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS Money Market - Interest Bearing - 4429208395 | 10,525.63 | 1,211.22 | 9,314.41 |
| | 10,525.63 | 1,211.22 | 9,314.41 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    1,004.44    8.15

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

| Case Number: 08-02327 | | Page 1 | | Date: May 13, 2010 | |
|---|---|---|---|---|---|
| Debtor Name: SOCKI, GLENN JOSEPH | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2100-00 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603<br>Tax Id: 36-3557951 | Administrative | | $0.00 | $1,802.56 | $1,802.56 |
| 001 3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $27,043.00 | $27,043.00 |
| 001 3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $419.31 | $419.31 |
| 000001 070 7100-00 | LVNV Funding LLC as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | Filed 09/25/08 | $0.00 | $9,835.04 | $9,835.04 |
| 000002 070 7100-00 | LVNV Funding LLC as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | Filed 09/25/08 | $0.00 | $2,732.73 | $2,732.73 |
| 000003 070 7100-00 | PYOD LLC as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | Filed 09/25/08 | $0.00 | $12,823.39 | $12,823.39 |
| 000004 070 7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | Filed 10/03/08 | $0.00 | $26,205.93 | $26,205.93 |
| 000005 070 7100-00 | American Express Bank FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | Filed 10/15/08<br>(5-1) Credit Card Debt | $0.00 | $31.82 | $31.82 |
| 000006 070 7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | Filed 10/16/08<br>(6-1) Credit Card Debt | $0.00 | $31,229.38 | $31,229.38 |

## EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-02327 | | Page 2 | | | Date: May 13, 2010 |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: | SOCKI, GLENN JOSEPH | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| --- | --- | --- | --- | --- | --- | --- |
| 000007 070 7100-00 | Chase Home Finance PO Box 24785 Columbus OH 43224-0785 | Unsecured | Filed 10/20/08 (7-1) 1125 S Austin Blvd Chicago IL Disallowed as Secured per 4/15/10 o/c - allowed as GUC | $0.00 | $50,078.90 | $50,078.90 |
| 000008 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | Filed 12/17/08 | $0.00 | $355.85 | $355.85 |
| 000009 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | Filed 12/17/08 | $0.00 | $31,519.78 | $31,519.78 |
| 000010 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | Filed 12/17/08 | $0.00 | $2,439.68 | $2,439.68 |
| | Case Totals: | | | $0.00 | $196,517.37 | $196,517.37 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-02327
Case Name: SOCKI, GLENN JOSEPH
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $ 573.72 | $ 0.00 |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $ 8,607.23 | $ 133.46 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 167,252.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | LVNV Funding LLC as assignee of Citibank | $ 9,835.04 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | LVNV Funding LLC as assignee of Citibank | $ 2,732.73 | $ 0.00 |
| 000003 | PYOD LLC as assignee of Citibank | $ 12,823.39 | $ 0.00 |
| 000004 | CHASE BANK USA | $ 26,205.93 | $ 0.00 |
| 000005 | American Express Bank FSB | $ 31.82 | $ 0.00 |
| 000006 | American Express Centurion Bank | $ 31,229.38 | $ 0.00 |
| 000007 | Chase Home Finance | $ 50,078.90 | $ 0.00 |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 355.85 | $ 0.00 |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 31,519.78 | $ 0.00 |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 2,439.68 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.