UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                             §
                                   §
SOCKI, GLENN JOSEPH                §      Case No. 08-02327
                                   §
           Debtor(s)               §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF COURT
> UNITED STATES BANKRUPTCY CT.
> 219 S. DEARBORN STREET
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/24/2010 in Courtroom 682,

> United States Courthouse
> 219 South Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/28/2010                By: /s/ Andrew J. Maxwell
                                            Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
SOCKI, GLENN JOSEPH § Case No. 08-02327
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 10,525.63 |
| *and approved disbursements of* | $ | 1,211.22 |
| *leaving a balance on hand of*[1] | $ | 9,314.41 |

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                                                        $

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $ 573.72 | $ 0.00 |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $ 8,607.23 | $ 133.46 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 167,252.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | LVNV Funding LLC as assignee of Citibank | $ 9,835.04 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | LVNV Funding LLC as assignee of Citibank | $ 2,732.73 | $ 0.00 |
| 000003 | PYOD LLC as assignee of Citibank | $ 12,823.39 | $ 0.00 |
| 000004 | CHASE BANK USA | $ 26,205.93 | $ 0.00 |
| 000005 | American Express Bank FSB | $ 31.82 | $ 0.00 |
| 000006 | American Express Centurion Bank | $ 31,229.38 | $ 0.00 |
| 000007 | Chase Home Finance | $ 50,078.90 | $ 0.00 |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 355.85 | $ 0.00 |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 31,519.78 | $ 0.00 |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 2,439.68 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ Andrew J. Maxwell
                              Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
Case 08-02327   Doc 76   Filed 05/14/10   Entered 05/16/10 23:39:10   Desc Imaged
                         Certificate of Service   Page 6 of 6
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dramey                 Page 1 of 1                   Date Rcvd: May 14, 2010
Case: 08-02327                 Form ID: pdf006              Total Noticed: 24

The following entities were noticed by first class mail on May 16, 2010.
db           +Glenn Joseph Socki,    1125 S. Austin Ave.,    Chicago, IL 60644-5318
aty          +Andrew J Maxwell, ESQ,    Maxwell Law Group, LLC,    105 West Adams Street  Ste 3200,
               Chicago, IL 60603-6209
aty          +Jaclyn H. Smith,    Maxwell Law Group, LLC,    105 W. Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
aty          +Jordan B. Rifis,    Help-U-Settle Attorneys, Chtd.,    P.O. Box 3637,    1034 Pleasant St. 1st Fl,
               Oak Park, IL 60302-3002
tr           +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
11931144     +AT&T,    Acct. No. 8251,    P.O. Box 44167,    Jacksonville, FL 32231-4167
11931143     +American Express,    Acct. No. 82008,    P.O. Box 981535,    El Paso, TX 79998-1535
12714812      American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12719598      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11931145     +Bank of America,    Acct. No. 8226,    P.O. Box 15027,    Wilmington, DE 19850-5027
11931146     +Bank of America,    Acct. No. 0611,    P.O. Box 15026,    Wilmington, DE 19850-5026
12676032     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14349601      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
11931140     +Carrington Mortgage,    Acct. No. 1008142066,    P.O. Box 54285,    Irvine, CA 92619-4285
11931147     +Chase Bank,    Acct. No. 4272,    P.O. Box 15298,    Wilmington, DE 19850-5298
11931141     +Chase Bank,    Acct. No. 412530042973,    P.O. Box 24714,    Columbus, OH 43224-0714
12729491      Chase Home Finance,    PO Box 24785,    Columbus OH  43224-0785
11931148     +Citibank,    Acct. No. 5103,    P.O. Box 6000,    The Lakes, NV 89163-0001
11931150     +Juniper (Barclays),    Acct. No. 7184,    P.O. Box 8802,    Wilmington, DE 19899-8802
11931149     +Sears,    P.O. Box 6922,    The Lakes, NV 88901-6922
11931142     +Sherry Wittstock,    1160 S. Cuyler Ave.,    Oak Park, IL 60304-2240
The following entities were noticed by electronic transmission on May 14, 2010.
12971389      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2010 00:06:49
               FIA CARD SERVICES, NA/BANK OF AMERICA,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
12641530      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12641532      E-mail/Text: resurgentbknotifications@resurgent.com
               PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
              Acct. No. 1008142066
              Carrington Mortgage
11931119      P.O. Box
                                                                                              TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2010**          **Signature:** _/s/ Joseph Speetjens_