UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
SOCKI, GLENN JOSEPH                 §      Case No. 08-02327
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Carrington Mortgage PO Box 54285 Irvine, CA 92169 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank PO Box 24714 Columbus, OH 43224 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| CHICAGO LIQUIDATOR SERVICES, INC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Shery Wittstock 1160 S. Cyler Ave. Oak Park, IL 60304 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T PO Box 44167 Jacksonville, FL 32231 | | | | | |
| Jumper(Barclays) PO Box 8802 Wilmington, DE 19850 | | | | | |
| Sears PO Box 6922 The Lakes, NV 88901 | | | | | |
| AMERICAN EXPRESS BANK FSB | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| CHASE BANK USA | | | | | |
| CHASE HOME FINANCE | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-02327 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SOCKI, GLENN JOSEPH | | | Date Filed (f) or Converted (c): | 02/01/08 (f) |
| | | | | 341(a) Meeting Date: | 03/03/08 |
| For Period Ending: | 07/13/10 | | | Claims Bar Date: | 12/18/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONDO<br>1125 SOUTH AUSTIN AVE, UNIT B, CHICAGO, IL | 171,950.00 | 0.00 | OA | 0.00 | 0.00 |
| 2. BANK ACCT<br>BANK OF AMERICA - CHECKING & SAVINGS | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. MISC HOUSEHOLD FURNISHINGS | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. MISC BOOKS AND ARTWORK | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. CLOTHES | 450.00 | 0.00 | | 0.00 | 0.00 |
| 6. TAX REFUND - 2008 | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 7. 2002 VOLVO | 4,000.00 | 0.00 | | 4,500.00 | 0.00 |
| 8. COMPUTER EQUIPMENT | 200.00 | 0.00 | | 0.00 | 0.00 |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.28 | Unknown |
| 10. ADV SETT (u)<br>09-191 against Socki | 0.00 | 6,024.00 | | 6,024.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $186,600.00    $6,024.00    $10,526.28    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-Final Report filed 4/29/10 w/ USTR office w/ clerk 5/13/10; hearing on fees 6/24/10

-settlement made, time payments through 3/2010

Automobile sold

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 06/30/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-02327 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SOCKI, GLENN JOSEPH | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208395 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5349 | | | |
| For Period Ending: | 07/13/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/15/09 | 7 | CHICAGO LIQUIDATOR SERVICES, INC. 1830 NOTH BESLY COURT CHICAGO, IL 60622 | SALE OF AUTOMOBILE | 1121-000 | 4,500.00 | | 4,500.00 |
| 01/26/09 | 000101 | CHICAGO LIQUIDATOR SERVICES, INC | AUCTION FEE | 3991-000 | | 1,200.00 | 3,300.00 |
| 01/30/09 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 3,300.01 |
| 02/09/09 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS BOND # 016026455 | 2300-000 | | 3.07 | 3,296.94 |
| 02/27/09 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,296.97 |
| 03/31/09 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,297.00 |
| 04/30/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,297.07 |
| 05/29/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,297.15 |
| 06/30/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,297.24 |
| 07/31/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,297.32 |
| 08/31/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,297.40 |
| 09/16/09 | 10 | GLENN SOCKI 1125 S. AUSTIN BLVD. CHICAGO, IL 60644-5318 | ADV SETT | 1149-000 | 1,004.00 | | 4,301.40 |
| 09/30/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 4,301.49 |
| 10/16/09 | 10 | GLENN SOCKI | ADV SETT | 1149-000 | 1,004.00 | | 5,305.49 |
| 10/30/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,305.61 |
| 11/17/09 | 10 | GLENN SOCKI | ADV SETTLEMENT | 1149-000 | 1,004.00 | | 6,309.61 |
| 11/30/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,309.76 |
| 12/21/09 | 10 | GLENN SOCKI | ADV SETTLEMENT | 1149-000 | 1,004.00 | | 7,313.76 |
| 12/31/09 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 7,313.93 |
| 01/18/10 | 10 | GLENN SOCKI | ADV SETTLEMENT | 1149-000 | 1,004.00 | | 8,317.93 |
| 01/29/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 8,318.12 |
| | | | Page Subtotals | | 9,521.19 | 1,203.07 | |

Ver: 15.10b

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 08-02327 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SOCKI, GLENN JOSEPH | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208395   Money Market - Interest Bearing |
| Taxpayer ID No: | *******5349 | | | |
| For Period Ending: | 07/13/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/15/10 | 000103 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PREMIUM BOND# 016026455 | 2300-000 | | 8.15 | 8,309.97 |
| 02/19/10 | 10 | GLENN SOCKI | ADV SETTLEMENT | 1149-000 | 1,004.00 | | 9,313.97 |
| 02/26/10 | 9 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 9,314.17 |
| 03/31/10 | 9 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,314.41 |
| 04/30/10 | 9 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,314.64 |
| 05/28/10 | 9 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,314.87 |
| 06/25/10 | 9 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.19 | | 9,315.06 |
| 06/25/10 | | Transfer to Acct #4429208751 | Final Posting Transfer | 9999-000 | | 9,315.06 | 0.00 |

|  |  |  | COLUMN TOTALS | | 10,526.28 | 10,526.28 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less:  Bank Transfers/CD's | | 0.00 | 9,315.06 | |
| | | | Subtotal | | 10,526.28 | 1,211.22 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,526.28 | 1,211.22 | |

Page Subtotals       1,005.09       9,323.21

Ver: 15.10b

LFORM24
UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-02327 -JBS |
| Case Name: | SOCKI, GLENN JOSEPH |
| Taxpayer ID No: | *******5349 |
| For Period Ending: | 07/13/10 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208751  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/25/10 | | Transfer from Acct #4429208395 | Transfer In From MMA Account | 9999-000 | 9,315.06 | | 9,315.06 |
| 06/25/10 | 001001 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | Full and Final Distribution (Claim#) | 2100-000 | | 573.76 | 8,741.30 |
| 06/25/10 | 001002 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Full and Final Distribution (Claim#) | 3110-000 | | 8,607.83 | 133.47 |
| 06/25/10 | 001003 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Full and Final Distribution (Claim#) | 3120-000 | | 133.47 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 9,315.06 | 9,315.06 | 0.00 |
| Less:  Bank Transfers/CD's | | 9,315.06 | 0.00 | |
| Subtotal | | 0.00 | 9,315.06 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 9,315.06 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - 4429208395 | 10,526.28 | 1,211.22 | 0.00 |
| Checking Account (Non-Interest Earn - 4429208751 | 0.00 | 9,315.06 | 0.00 |
| | 10,526.28 | 10,526.28 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     9,315.06     9,315.06

Ver: 15.10b

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 08-02327 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SOCKI, GLENN JOSEPH | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208751 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5349 | | | |
| For Period Ending: | 07/13/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market - Interest Bearing - 4429208395
Checking Account (Non-Interest Earn - 4429208751

Page Subtotals     0.00     0.00

Ver: 15.10b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*